CRUMMELL R. SCHRIVER, Respondent, v. THE EXPORT STEAMSHIP CORPORATION, Appellant.— Order granting plaintiff's motion to examine defendant before trial and for a discovery and inspection, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE GORDON BATTLE and Others, as Committee of the Property of VIOLA F. FRANCKE, Respondents, v. DORYAN REALTY CORPORATION and Others, Appellants, Impleaded with Another.— Order granting plaintiffs' motion to examine Charles R. Lowther, as a witness, before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AMY UHLFELDER and IRA UHLFELDER, Appellants, v. J. T. FITZGIBBON, INC., Respondent.— Order, so far as appealed from, denying plaintiffs' motion for an examination of defendant before trial as to items 1 and 3 of the notice of motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NATIONAL SURETY CORPORATION, Respondent, v. WILLIAM M. LYBRAND and Others, Appellants, Impleaded with Others.— Order, so far as appealed from, denying motion of defendants-appellants for a bill of particulars as to certain items of the notice of motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Bill of particulars to be served within thirty days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN SCHLEICHER, Appellant, v. HARRIET F. SNYDER, Respondent.— Order, as resettled, denying plaintiff's motion to set aside his default and vacate a judgment of dismissal, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM P. ABEL and Others, Appellants, v. CHARLES V. PATERNO and Others, Respondents.— Order granting defendants' motion to restore action to the Ready Calendar of Special Term, Part III, for trial, and order denying plaintiffs' motion to place the action upon the Trial Term Reserve Calendar for trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SEELE, Appellant, v. THE WARDEN OF THE TOMBS, THE CITY PRISON, Respondent.— Order dismissing a writ of habeas corpus and remanding relator to the custody of the warden of the tombs, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALVIN N. HIRSCHFIELD, Respondent, v. THE BLOCKDEL REALTY CO., INC., Appellant.— Order denying defendant's motion to dismiss the action for lack of prosecution, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.